UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS & RECREATION,<br><br>        Plaintiff,<br><br>   v.<br><br>NEWMONT MINING CORPORATION; NEW VERDE MINES, et al.,<br><br>        Defendants. | No. CIV. S-12-1857 LKK/AC<br><br>**ORDER** |

    The parties have filed a Stipulation for modifying the Status (Pretrial Scheduling) Conference Order ("Scheduling Order"), changing discovery deadlines and adding separate deadlines for expert discovery. The Stipulation does not show good cause for the court to alter the Scheduling Order.

    If the parties wish to make informal arrangements regarding discovery and expert discovery deadlines, they are free to do so. However, any such consensual modifications to the Scheduling Order will not be enforced by the court.

    Accordingly, the Stipulation (ECF No. 29), to the degree it seeks court approval, is **DENIED**.

1

IT IS SO ORDERED.

DATED:   October 7, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2