1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA DEPARTMENT OF          No. CIV. S-12-1857 LKK/AC
     PARKS & RECREATION,
12
                     Plaintiff,
13                                      **ORDER**
           v.
14
     NEWMONT MINING CORPORATION;
15   NEW VERDE MINES, et al.,

16                     Defendants.

17

18        The parties have filed a Stipulation for modifying the

19   Status (Pretrial Scheduling) Conference Order ("Scheduling

20   Order"), changing discovery deadlines and adding separate

21   deadlines for expert discovery.  The Stipulation does not show

22   good cause for the court to alter the Scheduling Order.

23        If the parties wish to make informal arrangements regarding

24   discovery and expert discovery deadlines, they are free to do so.

25   However, any such consensual modifications to the Scheduling

26   Order will not be enforced by the court.

27        Accordingly, the Stipulation (ECF No. 29), to the degree it

28   seeks court approval, is **DENIED**.

                                   1

1    IT IS SO ORDERED.

2    DATED:  October 7, 2013.

3

4

5    _____
     LAWRENCE K. KARLTON
6    SENIOR JUDGE
7    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        2