1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DANIEL L. SIEGEL, State Bar No. 67536
   Supervising Deputy Attorney General
3  RUSSELL B. HILDRETH, State Bar No. 166167
   NICOLE U. RINKE, State Bar No. 257510
4  JESSICA E. TUCKER-MOHL, State Bar No. 262280
   Deputy Attorneys General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 327-7704
7   Fax: (916) 327-2319
    E-mail: Jessica.TuckerMohl@doj.ca.gov
8  *Attorneys for Plaintiff and Counterdefendant*
   *California Department of Parks and Recreation*
9
   LATHAM & WATKINS LLP
10  Michael G. Romey (Bar No. 137993)
    Andrea M. Hogan (Bar No. 238209)
11 355 South Grand Avenue
   Los Angeles, CA 90071-1560
12 Telephone: (213) 485-1234
   Fax: (213) 891-8763
13 E-mail: Michael.Romey@lw.com;
           Andrea.Hogan@lw.com
14 *Attorneys for Defendants and Counterclaimants*

15
16                       IN THE UNITED STATES DISTRICT COURT
17                       FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF PARKS & RECREATION,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**NEWMONT MINING CORPORATION; NEW VERDE MINES; et al.,**<br><br>                                    Defendants. | Case No. 2:12-CV-01857-LKK-AC<br><br>**STIPULATION REGARDING CONSISTENCY WITH NATIONAL CONTINGENCY PLAN (NCP)**<br><br>Judge:    Hon. Lawrence K. Karlton<br>Trial Date:    February 3, 2015<br>**Action Filed:    July 13, 2012** |
| **NEWMONT MINING CORPORATION; NEW VERDE MINES, et al.,**<br><br>                                    Counterclaimants,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF PARKS & RECREATION,**<br><br>                                    Counterdefendant. | |

1

In the interests of judicial economy, and to facilitate an efficient use of the Court's and the parties' time in advance of and during the trial scheduled to begin on February 3, 2015, parties to the above-entitled action, having met and conferred, through their respective counsel hereby stipulate to the following for purposes of this litigation:

1. Any actions taken (and costs incurred associated therewith) after issuance of the 2006 Cleanup and Abatement Order (2006 Order) issued by the Department of Toxic Substances Control (DTSC) and the Central Valley Regional Water Quality Control Board (Water Board) in the matter of Empire Mine State Historic Park (DTSC Docket No. HSA-CO 06/07-101; Water Board Order No. R5-2006-0731) and prior to September 30, 2012, by State Parks or Newmont in the performance of remediation work outlined in the 2006 Order (specifically Section 4.1) and any subsequent amendments or modifications to the Order as well as the 2009 Cleanup and Abatement Order issued by the DTSC and Water Board in the matter of Empire Mine State Historic Park (DTSC Docket No. HSA-CO 09/10-027; Water Board Order No. R5-2009-0714) and the 2011 Cleanup and Abatement Order issued by the DTSC and Water Board in the matter of Empire Mine State Historic Park (DTSC Docket No. HSA-CO 11/12-008; Water Board Order No. R5-2011-0705), are consistent with the National Contingency Plan (NCP) promulgated under Section 105(a) of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA), 42 U.S.C. Section 9605(a), codified at 40 C.F.R. Part 300.

2. Consistent with Paragraph 1, the parties agree that each party has incurred necessary response costs consistent with the NCP for purposes of establishing CERCLA liability under 42 U.S.C. Section 9607(a)(4)(A) or (B).

3. Notwithstanding Paragraphs 1 and 2 and to the extent otherwise allowed at law, the parties agree that each party shall have the right to challenge any actions taken by the other party (and costs incurred associated therewith) described in Paragraph 1, on either of the following

grounds: (a) the costs are not necessary costs of response; and (b) documentation of the costs is not sufficient.

4. Nothing in this stipulation is intended to constitute a representation by either party that for purposes of the cleanup any of the remedial actions performed on the property are complete.

Dated: April 7, 2014                                  Respectfully Submitted,

                                                      KAMALA D. HARRIS
                                                      Attorney General of California
                                                      DANIEL L. SIEGEL
                                                      Supervising Deputy Attorney General


                                                       /s/ Nicole U. Rinke _____
                                                      NICOLE U. RINKE
                                                      Deputy Attorney General
                                                      *Attorneys for Plaintiff and Counterdefendant*
                                                      *California Department of Parks and Recreation*


Dated: April 7, 2014                                  LATHAM & WATKINS LLP
                                                      Michael G. Romey
                                                      Andrea M. Hogan



                                                      /s/ Andrea M. Hogan_____
                                                      ANDREA M. HOGAN
                                                      *Attorneys for Defendants and*
                                                      *Counterclaimants*



**IT IS SO ORDERED**.


Date: April 11, 2014                                  _____
                                                      LAWRENCE K. KARLTON
                                                      SENIOR JUDGE
                                                      UNITED STATES DISTRICT COURT