KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DANIEL L. SIEGEL, State Bar No. 67536
Supervising Deputy Attorney General
RUSSELL B. HILDRETH, State Bar No. 166167
NICOLE U. RINKE, State Bar No. 257510
JESSICA E. TUCKER-MOHL, State Bar No. 262280
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7704
 Fax: (916) 327-2319
 E-mail: Jessica.TuckerMohl@doj.ca.gov
*Attorneys for Plaintiff and Counterdefendant
California Department of Parks and Recreation*

LATHAM & WATKINS LLP
 Michael G. Romey (Bar No. 137993)
 Andrea M. Hogan (Bar No. 238209)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Fax: (213) 891-8763
E-mail: Michael.Romey@lw.com;
         Andrea.Hogan@lw.com
*Attorneys for Defendants and Counterclaimants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF PARKS & RECREATION,**<br><br>                                       Plaintiff,<br><br>          v.<br><br>**NEWMONT MINING CORPORATION; NEW VERDE MINES; et al.,**<br><br>                                       Defendants. | Case No. 2:12-CV-01857-LKK-AC<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS**<br><br>Judge:  Hon. Lawrence K. Karlton<br>Trial Date:  February 3, 2015<br>**Action Filed:  July 13, 2012** |
| **NEWMONT MINING CORPORATION; NEW VERDE MINES, et al.,**<br><br>                                       Counterclaimant,<br><br>          v.<br><br>**CALIFORNIA DEPARTMENT OF PARKS & RECREATION,**<br><br>                                       Counterdefendant. | |

1

Defendants and Counterclaimants Newmont Mining Corporation, New Verde Mines LLC, Newmont USA Limited, Newmont North America Exploration Limited, and Newmont Realty Company ("Newmont") and Plaintiff and Counterdefendant California Department of Parks & Recreation ("Parks") are the parties to the action, California Department of Parks & Recreation v. Newmont Mining Corporation, et al., No. 2.12-CV-01857-LKK-GGH, currently proceeding in the Eastern District of California.  The parties stipulate that the documents in the following Tables A and B are authentic and genuine under Rule 901 of the Federal Rules of Evidence for the purposes of trial of this lawsuit only, and that no additional evidentiary foundational basis need be offered in support of the introduction in evidence of such documents.

Each party expressly preserves any objection made on grounds other than authenticity and/or foundation and reserves the right to object to a specific document on other grounds, such as relevancy or hearsay.  Further, some of the documents are unsigned or draft versions or are an excerpted copy.  The parties do not stipulate that unsigned or draft versions constitute a final version of the document, and to the extent that the parties wish to offer evidence from a final version, the final version of the document will be used instead.  A party may request that the party seeking to use evidence from the excerpted copy instead provide a full document under the completeness doctrine.  In addition, to the extent that a typed document contains handwritten notes, the parties do not stipulate as to the authenticity of the handwritten notes.

Dated:  April 18, 2014                                             Respectfully submitted,

                                                      Kamala D. Harris
Attorney General of California
Daniel L. Siegel
Supervising Deputy Attorney General


 /s/  Nicole U. Rinke
Nicole U. Rinke
Deputy Attorney General
*Attorneys for Plaintiff and Counterdefendant California Department of Parks and Recreation*

2

| | |
|---|---|
| Dated:  April 18, 2014 | Latham & Watkins LLP<br>Michael G. Romey<br>Andrea M. Hogan<br><br> /s/  Andrea M. Hogan<br>Andrea M. Hogan<br>*Attorneys for Defendants and Counterclaimants* |

**IT IS SO ORDERED**.

Dated: April 25, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

### TABLE A: PARKS' MEDIATION EXHIBITS

| Exhibit Number | Bates Number | Description of Mediation Exhibit |
|---|---|---|
| A1 | NEWMONT326184-326189 | Expert Report prepared by Robert E. Moran in the matter of *City of Grass Valley v. Newmont Mining Corporation*, dated Oct. 30, 2006 |
| A2 | NEWMONT326190-326219 | Nevada County, California, Gold Property: A Summary Report, dated Dec. 1975 |
| A3 | NEWMONT326220-326288 | Property Transfer Assessment: Potential Environmental Impairment Liability Associated with Newmont Mining's Grass Valley Site Technical Report by Versar Inc., dated Sept. 2, 1986 |
| A4 | NEWMONT326289-326303 | Memo from N.L. Greenwald to File re: Assessment of Potential Environmental Liabilities Involved with Grass Valley Properties, dated Aug. 20, 1986 and Inorganic Chemical Analysis Reporting Form by Western Technologies, Inc., dated Aug. 14, 1986 |
| A6 | NEWMONT326304-326365 | A Report on the Current Status and Recommendations Regarding Disposal of the Grass Valley, California Properties of Newmont Exploration Limited By Richard G. Fleming, dated Sept. 1993 |
| A7 | NEWMONT326366-326367 | Letter from Robert W. Searls to Hans C. Franken re: Empire Star Mines Company of Grass Valley, dated Dec. 20, 1952 |
| A8 | NEWMONT326368-326371 | Letter from H.R. Fitzpatrick to F.L. Wilson, Empire Star Mines Co., Ltd. re: Mine Water Supply, dated Oct. 15, 1954 |
| A9 | NEWMONT326372-326373 | Letter from John Parks Davis, Law Offices of Severson, Davis & Larson, to Col. Joseph S. Gorlinski re: correspondence from Mr. Stevenson, dated Jan. 27, 1956 and Letter from John Parks Davis, Law Offices of Severson, McCallum & Davis to H.R. Fitzpatrick, Manager, Empire Mine, Grass Valley, California re: Central Valley Pollution Board |
| A10 | NEWMONT326374-326375 | Letter from Col. Joseph A. Gorlinski, RWPCB to John Parks Davis re: complaint, dated Jan. 25, 1956 and Letter from J.W. Stevenson, Owner Lime Kiln Ranch to RWPB re: complaint, dated Jan. 21, 1956 |
| A11 | NEWMONT006033-006083 | The Gold Quartz Veins of Grass Valley, California by W.D. Johnston, Jr., dated 1940 from USGS Professional Paper 194 |

| | | |
|---|---|---|
| A12 | NEWMONT326376-326377 | Letter from H.R. Fitzpatrick letter to Carroll Searls re: Quitclaim of Old North Star Drain Tunnel Across McDonald Ranch, dated Aug. 14,1951 |
| A13 | NEWMONT326378-326382 | Memo from F.L. Wilson to H.R. Fitzpatrick re: Pennsylvania Section-Empire Mine, dated August 16, 1956 |
| A14 | NEWMONT326383-326384 | Letter from J.T. Curry, Empire Star Mines Company, Limited to H.R. Fitzpatrick, Manager, Empire-Star Mines Co., Ltd. re: Empire Mine Tailings Dam Pollution, dated Nov. 4, 1952 |
| B1 | EMPARKS0135293-135312 | Property Acquisition Agreement dated 02/06/1975 by Department of General Services and Newmont with Corporation Grant Deed dated 02/06/1975 and Property known as Empire Mine State Park, Parcel 2253 |
| B3 | EMPARKS003090-003118 | Cleanup & Abatement Order No. R5-2006-0731 dated 10/5/2006 by Department of Toxic Substances Control and Central Valley Regional Water Quality Control Board |
| B4 | EMPARKS012248-012399 | Draft Interim Priority Action Measures Work Plan, Arsenic and Lead Delineation Sampling at Park Residences Empire Mine State Historic Park Grass Valley, Placer County, California dated 08/28/2007 by Tetra Tech |
| B5 | EMPARKS013625-013672 | Excerpt of Geotechnical Engineering Report, Empire Mine Adit dated February 1991 and March 11, 1991, by Vector |
| B6 | EMPARKS013718-013768 | Central Valley Regional Water Quality Control Board August 1, 1989, Inspection Report with laboratory analysis by Michael Waggoner |
| B7 | EMPARKS018391-018502 | Central Valley Regional Water Quality Control Board Waste Discharge Requirements for Empire Mine Order R-5-2006-0058 dated June 23, 2006 by Pamela Creedon, Executive Officer |
| B8 | EMPARKS065196-065210 | Vector Engineering Results of Chemical Analysis of Rock Cores from Empire Mine State Historic Park Proposed Adit Project, dated December 17, 1990 (report dated 12/14/90) |
| B9 | EMPARKS065746-065750 | Letter to Parks Department dated 11/29/1994 re Freedom of Information Act Request from Ballard, Spahr, et al |
| B10 | EMPARKS065786-065807 | Copy of Certificate of Agreement of Merger dated 05/06/1957 Empire Star Mines Company Limited/Newmont Mining Corp. from Delaware Secretary of State dated 11/8/2008 |
| B11 | EMPARKS029109-029115 | Standard Agreement Amendment with Parks and Morning Glory Mines in FY 2004/2005 |

| | | |
|---|---|---|
| B11 | EMPARKS029373 | Notice of Completion of Contract No. C2012003 dated 11/14/2006 |
| C1 | EMPARKS064597-064604 | Settlement Agreement & General Release dated 2/2/2009; City of Grass Valley & Newmont Mining Corp |
| E1 | EMPARKS064362-064409 | Gold: The Saga of the Empire Mine 1850-1956 by F.W. McQuiston, Jr., dated 1986 |
| E2 | EMPARKS064634-064635 | Sacramento Bee article: Area's State Parks are on Chopping Block dated 5/29/2009 |
| F2 | EMPARKS064173-064176 | Declaration of Cheryl Taylor in Support of the Department of Parks & Recreation Mediation Brief dated 4/29/2009 |
| G1 | EMPARKS030547-031004 | Deposition of Sherman Worthington dated 5/7/2009 |
| G2 | EMPARKS030015-030546 | Deposition of David Baker dated 5/6/2009 |
| J1 | EMPARKS029845-029872 | Deposition of Kathleen Considine dated 4/30/2009 |
| J2 | EMPARKS029873-030014 | Deposition of Ron Munson dated 4/30/2009 |
| J3 | EMPARKS029768-029844 | Deposition of James Ray Patton dated 4/23/2009 |
| K1 | EMPARKS064636-064648 | Parks Letter to Perry Myers dated 09/04/2008 |
| L1 | EMPARKS034901-035142 | Preliminary Endangerment Assessment, prepared for Parks by Harding Lawson Associates, dated 09/29/1992 |
| M1 | EMPARKS018096-018107 | Stability Status Inspection Report - Magenta Drain Tunnel - October 1992 |
| N1 | EMPARKS014829-014887 | Draft Work Plan - Magenta Drain Investigation and Aeration Pilot Study by Tetra Tech, dated 01/09/2004 |
| N5 | EMPARKS067720 | M. Udell email re Magenta Drain dated October 28, 2004 |
| N8 | EMPARKS000601-000603 | California Department of Health Memo re Health Hazard Study of Empire Mine Discharge to Wolf Creek, dated April 14, 1981 |
| N9 | EMPARKS014970-014971 | OEHHA - Water - Action Levels for Chemicals in Drinking Water (See M1 above contained within Tetra Tech Draft Work Plan Magenta Drain Investigation and Aeration Policy 1/9/04)[1] |

---

[1] The parties stipulate as to the authenticity of this document to the extent that this document is offered as evidence of the information on OEHHA's website as of January 14, 2005 (the date of the print-out).

| | | |
|---|---|---|
| N10 | EMPARKS014972-014973 | California Department of Health - Drinking Water Notification Levels dated 01/04/2005 (see M1 above contained within Tetra Tech Draft Work Plan Magenta Drain Investigation and Aeration Policy 1/9/04)[2] |
| N15 | EMPARKS039265-039298 | Mines & Mineral Resources of Nevada County, dated December 1918 |
| O1 | EMPARKS013434-013495 | Source Assessment and Evaluation of Remediation Measures for Metals in Surface Water - Magenta Drain Area, prepared by Tetra Tech, dated March 2005 |
| P1 | EMPARKS034393-034508 | Hazardous Material Remediation Project Documentation by Kellco, dated 6/8/05 |
| Q1 | EMPARKS065451-065623 | Kellco Limited Preliminary Survey dated May 12, 2005, with Executive Summary |
| R1 | EMPARKS013586-013592 | Tetra Tech letter to Parks re Results of Water Sampling & Dye Tracer Study, dated 08/18/2005 |
| S1 | EMPARKS009584-009849 | Data Gap Report by Weiss Associates, dated 05/25/2006 |
| T1 | EMPARKS024100-024158 | Industrial Storm Water Pollution Prevention Plan: 2006-2007 Season, prepared by Kathleen Considine, dated 12/08/2006 |
| V1 | EMPARKS065907-065911 | Parks Letter from Dan Millsap to Regional Water Quality Control Board Patricia Leary re Waste Discharge Requirements Progress Report, dated 11/30/2008 |
| W1 | EMPARKS190506-190510 | Parks Letter from Dan Millsap to Regional Water Quality Control Board Pamela Creedon re Waste Discharge Requirements dated 01/30/2009 |
| X1 | EMPARKS064590-064596 | Parks Letter from Dan Millsap to Regional Water Quality Control Board Spencer Joplin re Waste Discharge Requirements and Time Schedule Order, dated 05/30/2009 |
| Y1 | EMPARKS065917-065939 | Final Magenta Drain Passive Treatment Bench System Sampling & Analysis Plan by Golder Associates, dated 8/4/08 |
| Z1 | EMPARKS064499-064556 | Draft Final - Magenta Drain Passive Treatment Bench Testing Report by Golder Associates, dated 1/5/09 |
| AA1 | EMPARKS064557-064589 | Draft Final - Magenta Drain Water Treatment Alternatives Comparative Evaluation by Golder Associates, dated 02/2009 |

---

[2] The parties stipulate as to the authenticity of this document to the extent that this document is offered as evidence of the information on Dept. of Health's website as of January 14, 2005 (the date of the print-out).

| | | |
|---|---|---|
| BB1 | EMPARKS064450-064567 | Draft Magenta Drain Temporary Active Treatment System, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated 05/18/2009 |
| CC1 | EMPARKS064468-064469 | Final Magenta Drain Active Treatment Pilot Sampling and Analysis Plan, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated September 28, 2009 |
| DD1 | EMPARKS064420-064449 | Draft Final Report on Magenta Drain Hydrology Evaluation, Empire Mine SHP - Site Characterization and Remediation by Golder Associates, dated 11/7/2010 |
| EE1 | EMPARKS064276-064361 | Final Report Geotechnical Investigation, Empire Mine State Park Proposed Water Treatment Facility by Golder Associates, dated 03/2011 |
| GG1 | EMPARKS065170-065195 | Final Human Health Risk Assessment Work Plan for Park Residences, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Tetra Tech, dated 1/22/2008 |
| HH1 | EMPARKS064649-064814 | Final Interim Priority Action Measures Work Plan, Arsenic and Lead Sampling at Park Residences, Empire Mine State Historic Park Grass Valley, Nevada County, California by Tetra Tech, dated 1/22/2008 |
| II1 | EMPARKS064130-064172 | Final Arsenic and Lead Soil Sampling Results, Park Residences, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated 12/2009 |
| JJI | EMPARKS064177-064219 | Final Implementation Plan, Residence Cleaning and Arsenic and Lead Sampling at Park Residences, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated 08/25/2008 |
| KK1 | EMPARKS064220-064275 | Final Residence Cleaning and Interior Arsenic and Lead Confirmation Sampling Results, Park Residences, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated 1/23/2009 |
| LL1 | EMPARKS065902-065906 | August 6, 2008 letter to Mr. Victor lzzo, P.E. (Mines Title 27 Permitting) and Mr. Perry Myers, P.E. (Department of Toxic Substances Control) re: Exclusion Fence Installation, Mine Yard, Empire Mine State Historic Park, Grass Valley from Dan Millsap P.E., Project Manager, Department of Parks and Recreation |

| | | |
|---|---|---|
| MM1 | EMPARKS064605-064633 | Empire Mine State Historic Park - Roof Drain Treatment for Zinc Conceptual Evaluation by Golder Associates, dated 03/2009 |
| NN1 | EMPARKS064410-064419 | Draft Final Historic Buildings Interior Dust Characterization, 2008 Work Plan, Empire Mine State Historic Park, Grass Valley, Nevada County, California by Golder Associates, dated 09/16/2008 |
| OO1 | EMPARKS065864-065901 | Intensive Cultural Resources Survey of Empire Mine Historic District, Nevada County, California dated 8/2009 by Mark Selverston, Sonoma State University, dated August 2009 |
| PP1 | EMPARKS065808-065863 | Historic Context for Empire Mine Historic District, Nevada County, California, Empire Mine State Historic Park, Environmental Restoration Project by Mark Selverston, Sonoma State University, dated July 2008 |
| QQ1 | EMPARKS065940-066062 | Final Program Environmental Impact Report, Empire Mine State Historic Park, Site Characterization and Remediation Project by Parks, dated December 2009 |
| RR1 | EMPARKS064984-064169 | Initial Study Mitigated Negative Declaration Osborne Hill Trail Network Project by Parks, dated 1/2009 |
| SS1 | EMPARKS228947-228973 | Draft Final Osborne Hill Area Trails Data Evaluation and Remedial Options Analysis Report, Empire Mine State Historic Park dated October 2008 by Parks |
| UU1 | EMPARKS099234-099286 | California Department of Parks and Recreation Osborne Hill Proposed Trail Network Empire Mine State Historic Park Empire Mine Remediation Program, Nevada County California dated 10/2008 by Parks |

///

///

///

///

///

///

///

///

///

Stipulation Regarding Authenticity of Documents  (2:12-CV-01857-LKK-AC)

*TABLE B:  NEWMONT'S MEDITATION EXHIBITS*

| Exhibit Number | Bates Number | Description of Mediation Exhibit |
|---|---|---|
| 1 | NEWMONT326385 | Empire Mine State Historic Park Site Features Map, prepared by MFG, Inc., dated Jan. 2008 |
| 4 | NEWMONT326386-326396 | Letter from F.L. Wilson, Empire Star Mines Company, Limited to H.R. Fitzpatrick, General Manager, Empire Star Mines Company, Limited re: Shutdown Report-Empire Mine, dated Jan. 30, 1957 |
| 7 | EMPARKS007563-007656 | Empire Mine State Historic Park Resource Management Plan, General Development Plan and Environmental Impact Report by Department of Parks and Recreation (December 1978) |
| 8 | EMPARKS066997-066999 | Memorandum from J. Ray Patton, District Superintendent, Parks to William J. Monaghan, Regional Director, Attn: Bob LaBelle re: Empire Mine Shaft, dated May 30, 1991 |
| 9 | EMPARKS001104-001116 | Resource Management Plan for Empire Mine State Historic Park, dated Mar. 21, 1977 |
| 10 | EMPARKS009049-009117 | Parks, Empire Mine State Historic Park, Inventory of Maps, Charts, Plans, Drawings and Diagrams, by Judy Leonard and edited by Mary Anne Eason, dated June 1-30, 1976 |
| 12 | EMPARKS003679 | Letter from Herbert Rhodes, Director to Hon. Eugene A. Chappie, Member of the Assembly re: tailings at Empire Mine, dated Aug. 2, 1976 |
| 13 | EMPARKS045232-045234 | Letter from Fred Meyer to Alice re: Empire Mine, dated July 16, 1976 |
| 15 | EMPARKS NM REV 023055 | Letter from Edward J. Seehy, Supervisor, District Services & MCO Unit to George A. Hill, Dept. of Transportation, Attn: Duane Smith and Al Beyer re: Empire Mine SHP Water Project, dated Apr. 21, 1977 |
| 16 | NEWMONT326397 | Letter from David A. Peters, Assistant Secretary, Newmont Exploration Limited, to W.C. Kaiser, Area Manager, Gold Mines Area, Parks re: installation of submersible pump, dated May 13, 1977 |

10

Stipulation Regarding Authenticity of Documents  (2:12-CV-01857-LKK-AC)

| 17 | EMPARKS014683-014684 | Letter from W.C. Kaiser, Area Manager, to R.W. Hewitt, Assistant Superintendent North, District 3 re: Empire Mine well-mine water, dated May 27, 1977 |
| --- | --- | --- |
| 18 | NEWMONT015087-015106 | Contract for Magenta Drain Tunnel Investigation, Purchase Contract No. E.M.P.A.-003 between Empire Mine Park Association and Woodward Construction, Inc., dated Oct. 7, 1992 |
| 20 | EMPARKS361677 | Memo from James P. Tryner, Chief, Resource Preservation and Interpretation Division, Parks to Theodore A. Wilson, Superintendent, District 3 re: Excavation of the Foundations of the Empire Mine Stamp Mill, dated Feb. 11, 1980 |
| 21 | EMPARKS036554 | Letter from Francis A. Riddell, Supervisor, Cultural Resource Management Unit to James P. Tryner, Chief, Resource Preservation and Interpretation Division re: Empire Mine SHP-Run-off From Mine Tailings, dated Jan. 24, 1980 |
| 22 | EMPARKS361678 | Director's Report to Commission, Summary of Activities, Empire Mine State Historic Park by R. Kelly, Natural Heritage Section, dated Mar. 1 981 |
| 23 | EMPARKS003390 | Letter from James P. Tryner, Chief, Resource Protection Division to Dick Troy, Special Assistant to the Director re: Empire Mine State Historic Park, Cyanide Tailing Pile and Associated Water Quality Problems, dated Mar. 24, 1981 |
| 24 | EMPARKS370566 | Memo from Jack Del Conte, James Pappas to William S. Johnson re: Empire Mine State Park, Nevada County, dated Mar. 2, 1981 |
| 25 | EMPARKS028862-022863 | Letter from Benjamin L. Tozer, Chairman, Empire Mine Park Association to Hon. Chris Chandler re: establishing a trust for money from the sale of tailings at Empire Mine State Historic Park, dated Feb. 28, 1990 |
| 26 | NEWMONT326155-326183 | Final Red Dirt Pile 2006 Priority Action Work Plan, Empire Mine State Historic Park, prepared by MFG, Inc., dated July 2006 |

| | | |
|---|---|---|
| 27 | EMPARKS361679-36180 | Empire Mine Park Association newsletter, Vol. 6, "What Is Going on at and About the Empire Mine State Park", dated July 1, 1979 |
| 28 | EMPARKS036536-036551 | Letter from Dave Hammond, Associate Civil Engineer, Parks to Clark Muldavin, Senior Civil Engineer: Empire Mine State Park Hazardous Wastes, dated Oct. 12, 1988 |
| 29 | NEWMONT326430-326431 | Letter from Elizabeth H. Temkin, Temkin Wielga Hardt & Longenecker LLP to Steve Koyasako, Senior Staff Counsel, DTSC, and Antonia Vorster, Supervising WRC Engineer, Clean-Up Section, RWQCB re: Empire Mine State Park, dated Nov. 21, 2005 |
| 30 | NEWMONT326432-326462 | Residences 2006 Priority Action Work Plan, Empire Mine State Historic Park, prepared by MFG, Inc., dated July 2006 |
| 31 | NEWMONT326463-326472 | Final Exclusions 2006 Priority Action Work Plan, Empire Mine State Historic Park, prepared by MFG, Inc., dated July 2006 |
| 32 | NEWMONT326398-326429 <br><br> NEWMONT326473-326504 | Final Trails 2006 Priority Action Work Plan, Empire Mine State Historic Park, prepared by MFG, Inc., dated July 2006 |
| 33 | NEWMONT326505-326543 | Final Sampling and Monitoring Program for the Magenta Drain Tunnel at the Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated July 2006 |
| 35 | NEWMONT326563-326589 | Amendments #1 and #2 to Cleanup and Abatement Order, Imminent and/or Substantial Endangerment Determination and Partial Consent Order, In the Matter of Empire Mine State Historic Park, issued by DTSC and CVRWQCB, dated July 19, 2007 and Oct. 21, 2008, respectively |
| 36 | NEWMONT326590-326611 | As Amended 2008 Cleanup and Abatement Order, Imminent and/or Substantial Endangerment Determination and Partial Consent Order, In the Matter of Empire Mine State Historic Park, issued by DTSC and CVRWQCB, dated Oct. 21, 2008 |
| 37 | NEWMONT326613-326658 | Deposition of Bill Lyle, dated May 5, 2009 |

| | | |
|---|---|---|
| 38 | NEWMONT326544-236549 | Joint Mediation Statement and Procedure, In re Newmont USA/California Parks and Recreation by Alison J. Thayer, Attorney for Newmont USA, Ltd. and John M. Appelbaum, Attorney for Parks, dated Jan. 30, 2009 |
| 39 | NEWMONT326550-326562 | Declaration of Patrick Mitchell, dated June 26, 2009 |
| 40 | EMPARKS001441-001444 | Letter from John W. Blodger, Supervisor, Survey and Ownership Section, Parks to Dino Moreno, F.E.M.A. re: ownership of Magenta Drain tunnel, dated Sept. 17, I 997 |
| 41 | EMPARKS361681 | Letter from Nick Landsman to Mike Williams, Park Maintenance Chief, Parks re: repairs to Magenta Drain Tunnel, dated Nov. 12, 1997 |
| 44 | EMPARKS001372-001373 | Memo from W.C. Kaiser, Area Manager, Gold Mines Area, Parks to John Quisenberry, Associate Civil Engineer re: Water supply report on Empire Mine SHP, dated Nov. 19, 1975 |
| 45A | EMPARKS155818-155837 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, First Quarter 2007, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Nov. 2007 |
| 45B | EMPARKS155797-155815 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Second Quarter 2007, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Dec. 2007 |
| 45C | EMPARKSEMAIL004612-004628 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Third Quarter 2007, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Feb. 2008 |
| 45D | EMPARKSEMAIL027095-027111 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Fourth Quarter 2007, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Aug. 2008 |
| 45E | NEWMONT280547-280562 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, First Quarter 2008, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated July 2008 |

| | | |
|---|---|---|
| 45F | NEWMONT280565-280579 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Second Quarter 2008, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Aug. 2008 |
| 45G | NEWMONT280654-280670 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Third Quarter 2008, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Nov. 2008 |
| 45H | NEWMONT280740-280748 | Magenta Drain Tunnel, Quarterly Data Transmittal Report, Fourth Quarter 2008, Empire Mine State Historic Park, Grass Valley, California, prepared by MFG, Inc., dated Apr. 2009 |
| 46 | EMPARKS018092-018903 | Letter from Kenneth D. Landau, Assistant Executive Officer, RWQCB to Ray Patton, Superintendent, Parks re: Request for Technical Report, Surface Water Discharge, California Dept. of Parks and Recreation, Empire Mine State Park, Grass Valley, Nevada County, dated Apr. 15, 2002 |
| 47 | EMPARKS018094-018095 | Letter from J. Ray Patton, Park Superintendent, Parks to Kenneth D. Landau, Assistant Executive Officer, RWQCB re: Request for Technical Report, Surface Water Discharge, California Dept. of Parks and Recreation, Empire Mine State Park, Grass Valley, Nevada County, dated Apr. 22, 2002 |
| 48 | EMPARKS041901-041904 | Letter from Kenneth D. Landau, Assistant Executive Officer, RWQCB to Mike Williams, Acting Superintendent, Parks re: California Water Code Section 13267 Order to Submit Technical Reports: California Dept. of Parks and Recreation, Empire Mine State Park, Grass Valley, Nevada County, dated Dec. 17, 2004 |
| 50 | EMPARKS029025-029051 | Letter from Bill Jennings, Deltakeeper to Ruth Coleman, Director, Parks, and Mike Chrisman, Resources Secretary, Resources Agency re: Notice of Violation and Intent to File Suit Under the Federal Water Pollution Control Act, dated Oct. 12, 2004 |

| | | |
|---|---|---|
| 51 | EMPARKS361707-361734 | First Amended Complaint for Declaratory and Injunctive Relief in Waterkeepers Northern California v. Coleman, No. S-04-2647 KJM (E.D. Cal.), filed Jan. 10, 2006 |
| 52 | EMPARKS140599-140614 | Stipulated Dismissal and Amended Consent Decree; Order in *Waterkeepers Northern California v. Coleman*, No. S-04-2647 KJM (E.D. Cal.), filed Mar. 10, 2006 |
| 54 | EMPARKS018503-018509 | Time Schedule Order No. R5-2006-0059, certified by Pamela C. Creedon, RWQCB, dated June 23, 2006 |
| 55 | EMPARKS138318-138319 | Letter from Kenneth D. Landau, Assistant Executive Officer, RWQCB to Paul Romero, Chief Deputy Director, Parks re: Empire Mine State Historic Park Magenta Drain Portal, Waste Discharge Requirements (WDR) Order No. R5-2006-0058 and Time Schedule Order (TSO) No. R5-2006-0059, Nevada County, dated Apr. 16, 2009 |
| 56 | NEWMONT326659-32660 | Letter from Elizabeth H. Temkin, Temkin Wielga Hardt & Longenecker LLP to Kathryn J. Tobias, Senior Staff Counsel, Parks re: Residences, dated Nov. 19, 2007 |
| 57 | EMPARKS217460-21483 | Draft Arsenic and Lead Soil Sampling Results, Park Residences, Empire Mine State Historic Park, Grass Valley, Nevada County, California prepared by Golder Associates Inc., dated May 2009 |
| 58 | NEWMONT326661-326665 | Letter from Perry Myers, Project Manager Brownfields and Environmental Restoration Program, DTSC to Dan Millsap, Northern Service Center, Parks, and Bill Lyle, Director of Closure and Reclamation, Newmont Mining Corporation, re: Proposed Determination of Non-Compliance with Order HSA-CO 07/08-035, Empire Mine State Historic Park. 10556 East Empire Street, Grass Valley, California 95945, dated Aug. 21, 2008 |
| 59 | EMPARKS003393-003395 | Letter from Dick Troy, Special Assistant to the Director to Raymond E. Westberg, et al., re: Cyanide Tailings, Empire Mine SHP, dated Mar. 6, 1981 |

| | | |
|---|---|---|
| 60 | EMPARKS003397-003398 | Letter from Randolph 0. Kelly, Associate Marine Biologist to James P. Tryner, Chief Resource Protection Division re: Empire Mine SHP-Cyanide Plant Tailings Pile, dated Jan. 27,1981 |
| 61 | EMPARKS002301-002383 | Storm Water Pollution Prevention Plan for Empire Mine State Historic Park Public Underground Tour, DPR Contract # 007089-77, submitted by Morning Glory Gold Mines, dated Oct. 4, 2004, revised Feb. 20, 2006 |
| 62 | NEWMONT326666-326695 | Empire Mine State Historic Park, Red Dirt Pile 2006 Priority Action Completion Report by MFG, Inc., dated Mar. 2008 |
| 63 | EMPARKS013718-013768 | Inspection Report for Empire Mine State Historic Park, Nevada County by Michael Waggoner, RWQCB, dated Aug. 1, 1989 |
| 64 | EMPARKS000593 | Letter from David B. Hammond, Associate Civil Engineer to Larry Mash, RWQCB re: Empire Mine State Historic Park Soil Tests, dated Feb. 23, 1989 |
| 65 | EMPARKS000535 | Letter from David B. Hammond, Associate Civil Engineer to Tracy Gidel, Nevada County Health Dept. re: Empire Mine State Historic Park Soil Tests, dated Feb. 23, 1989 |
| 66 | EMPARKS168820-168847 | Subsurface Investigation Report, Proposed Mine Adit, Phase I, Empire Mine State Historic Park, Grass Valley, California by Kleinfelder, Inc., dated June 21, 1989 |
| 67 | EMPARKS NM REV 016624-016625 | Letter from Val F. Siebal, Regional Administrator, Region 1, Dept. of Health Services to William Monaghan, Regional Director, Inland Region, Parks re: Empire Mine State Historic Park-Grass Valley, dated May 18, 1990 |
| 68 | EMPARKS006886-006889 | Letter from Claudia L. Johansen, Associate Hazardous Materials Specialist, Dept. of Health Services to Jeff Huggins, Vector Engineering, Inc. re: Empire Mine State Historic Park, Proposed Adit, dated July 12, 1990 |
| 69 | EMPARKS038409-038426 | Letter from Megan Cambridge, Chief Site Evaluation Unit, Site Mitigation Branch, Dept. of Health Services to Ray Patton, District Superintendent, Parks re: Remedial Action Order for Empire Mine State Historic Park, dated Dec. 20,1990 |


| | | |
|---|---|---|
| 70 | EMPARKS NM REV 017051-017054 | Letter from Allen K. Wolfenden, Chief, Site Mitigation Branch, DTSC to Ray Patton, Superintendent, Parks re: Preliminary Endangerment Assessment Approval-Empire Mine State Historic Park (Park), Grass Valley, California, dated Jan. 6, 1993 |
| 71 | EMPARKS NM REV 017993-017996 | Letter from James L. Tjosvold, Chief, Northern California-Central Cleanup Operations Branch to Kevin G. Williams, Supervising State Park Ranger, Empire Mine State Historic Park, Parks re: Hazardous Substances Contamination from Former Mining Operations at Empire Mine State Historic Park, dated August 13, 2004 |
| 72 | EMPARKS067293-067303 | Project Meeting Minutes for Empire Mine State Historic Park, Public Underground Tour, Contract #C2012003, by Parks, dated Oct. 20, 2004 |
| 73 | EMPARKS067428-067429 | Request for Information # 17 for Empire Mine State Historic Park, Public Underground Tour by Michael Miller, dated Oct. 19, 2004 |
| 74 | EMPARKS361682-361683 | Project Meeting Minutes for Empire Mine State Historic Park, Public Underground Tour, Contract #C2012003, by Parks, dated Dec. 1, 2004 |
| 75 | EMPARKS067521-067522 | Email exchange between Mike Williams and Phillip Hock re: Adit Track and Tie Issue, dated Sept. 8, 2004 |
| 76 | NEWMONT326696-32716 | Deposition of Karl Knapp, dated May 6, 2009 |
| 77 | EMPARKS045238-045240 | Letter from Perry Myers, Hazardous Substances Engineer, DTSC to Ron Munson, Park Superintendent, Parks re: Agreement for DTSC Oversight of Remediation Activities at Empire Mine State Historical Park, Grass Valley, California, dated July 29, 2005 |
| 78 | NEWMONT326717-326724 | Joint Investigation Agreement between Parks and Newmont USA Limited, dated Aug. 30, 2006 |
| 80 | EMPARKS042766-042775 | Letter from Charles A. McLaughlin, Chief, Surveillance and Enforcement Unit, Dept. of Health Services to William Monaghan, Regional Director, Inland Region, Parks re: Order to Post; Empire Mine State Park, dated July 27, 1989 |
| 81 | EMPARKS361684-361706 | The Making of the Empire Mine State Historic Park by Daniel E. Whittaker, dated Dec. 12, 1973 |

Stipulation Regarding Authenticity of Documents (2:12-CV-01857-LKK-AC)

| | | |
|---|---|---|
| 82 | NEWMONT326725-326737 | Empire Mine State Historic Park, Red Dirt Pile 2006 Priority Action Implementation Plan by MFG, Inc., dated Sept. 2006- |
| 83 | NEWMONT326738-326749 | Draft Technical Memorandum, Empire Mine State Historic Park by R. Bilodeau and S. Worthington re: Cyanide Results and Evaluation, dated July 8, 2009 |
| 87 | NEWMONT326750-326776 | Data Transmittal Report for the Red Dirt Pile, Priority Action Work Plan by MFG, Inc., dated Dec. 2006 |
| 89 | NEWMONT326777-326779 | Supplemental Declaration of Patrick Mitchell, dated July 7, 2009 |
| 90 | NEWMONT326780-326829 | Deposition of Robert E. Moran in *City of Grass Valley v. Newmont Mining Corporation, et al.*, dated Jan. 31, 2007 |
| 91 | NEWMONT326830-326873 | Deposition of Keith M. O'Brien in *City of Grass Valley v. Newmont Mining Corporation, et al.*, dated Feb. 2, 2007 |
| 92 | NEWMONT326874-326876 | Letter from John R. Parry, Newmont Exploration Limited to Henry Agonia, Director, Parks re: Empire Mine State Historic Park, dated Dec. 6, 1989 |
| 93 | NEWMONT326877-326889 | Quitclaim Deed from Newmont Exploration Limited to Robinson Enterprises, Inc., dated Apr. 24, 1989 |
| 95 | NEWMONT326890-326899 | Indenture from The Empire Mines to Empire Star Mines Company, Limited, dated Apr. 30, 1989 |
| 96 | NEWMONT326900-326903 | Bill of Sale from The Empire Mines to Empire Star Mines Company, Limited, dated Apr. 30, 1929 |

SA201230519931962731.doc