KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DANIEL L. SIEGEL, State Bar No. 67536
Supervising Deputy Attorney General
RUSSELL B. HILDRETH, State Bar No. 166167
NICOLE U. RINKE, State Bar No. 257510
JESSICA E. TUCKER-MOHL, State Bar No. 262280
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7704
 Fax: (916) 327-2319
 E-mail: Jessica.TuckerMohl@doj.ca.gov
*Attorneys for Plaintiff and Counterdefendant
California Department of Parks and Recreation*

LATHAM & WATKINS LLP
  Michael G. Romey (Bar No. 137993)
  Andrea M. Hogan (Bar No. 238209)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Fax: (213) 891-8763
E-mail: Michael.Romey@lw.com;
            Andrea.Hogan@lw.com
*Attorneys for Defendants and Counterclaimants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS & RECREATION,<br>　　　　　Plaintiff,<br>　v.<br>NEWMONT MINING CORPORATION; et al.,<br>　　　　　Defendants.<br>―――――――――――――――<br>NEWMONT MINING CORPORATION; et al.,<br>　　　　　Counterclaimants,<br>　v.<br>CALIFORNIA DEPARTMENT OF PARKS & RECREATION,<br>　　　　　Counterdefendant. | CASE NO. 2:12-CV-01857-LKK-AC<br><br>**ORDER ENTERING STIPULATION REGARDING LIABILITY UNDER SECTION 107 OF THE COMPREHENSIVE ENVIRONMENTAL RESPONSE, COMPENSATION, AND LIABILITY ACT**<br><br>Judge:　　　Hon. Lawrence K. Karlton<br>Trial Date:　February 3, 2015<br>Action Filed: July 13, 2012 |

On June 19, 2014, the California Department of Parks & Recreation ("Parks") and Newmont Mining Corporation, New Verde Mines LLC, Newmont USA Limited, Newmont North America Exploration Limited and Newmont Realty Company ("Newmont") (collectively, the "Parties") submitted a Stipulation Regarding Liability Under Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act (Doc. No. 46) (the "Stipulation").

Upon consideration of the Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Stipulation be entered.

**IT IS SO ORDERED**.

Dated: July 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT