1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DANIEL L. SIEGEL, State Bar No. 67536
   Supervising Deputy Attorney General
3  RUSSELL B. HILDRETH, State Bar No. 166167
   NICOLE U. RINKE, State Bar No. 257510
4  JESSICA E. TUCKER-MOHL, State Bar No. 262280
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 327-7704
7    Fax:  (916) 327-2319
     E-mail:  Jessica.TuckerMohl@doj.ca.gov
8  *Attorneys for Plaintiff and Counterdefendant
   California Department of Parks and Recreation*

10 LATHAM & WATKINS LLP
     Michael G. Romey (Bar No. 137993)
     Andrea M. Hogan (Bar No. 238209)
11 355 South Grand Avenue
   Los Angeles, CA 90071-1560
12 Telephone:  (213) 485-1234
   Fax:  (213) 891-8763
13 E-mail:  Michael.Romey@lw.com;
             Andrea.Hogan@lw.com
14 *Attorneys for Defendants and Counterclaimants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF PARKS & RECREATION,<br>　　　　Plaintiff,<br>　　v.<br>NEWMONT MINING CORPORATION; et al.,<br>　　　　Defendants.<br>　<br>NEWMONT MINING CORPORATION; et al.,<br>　　　　Counterclaimants,<br>　　v.<br>CALIFORNIA DEPARTMENT OF PARKS & RECREATION,<br>　　　　Counterdefendant. | CASE NO. 2:12-CV-01857-LKK-AC<br><br>**ORDER ENTERING STIPULATION CLARIFYING THE SCOPE OF THE PARTIES' ALLEGED CLAIM/COUNTERCLAIM FOR CONTRIBUTION**<br><br>Judge:　　Hon. Lawrence K. Karlton<br>Trial Date:　February 3, 2015<br>Action Filed: July 13, 2012 |

On June 27, 2014, the California Department of Parks & Recreation ("Parks") and Newmont Mining Corporation, New Verde Mines LLC, Newmont USA Limited, Newmont North America Exploration Limited and Newmont Realty Company ("Newmont") (collectively, the "Parties") submitted a Stipulation Clarifying the Scope of the Parties' Alleged Claim/Counterclaim for Contribution (Doc. No. 47) (the "Stipulation").

Upon consideration of the Stipulation and good cause appearing, IT IS HEREBY ORDERED that the Stipulation be entered.

**IT IS SO ORDERED**.

Dated:   July 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT